IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

IN THE MATTER OF:                                   Chapter 13

   Mack T. Sichta and                              Case No. 09-16728
   Kristie L. McWilliams,
           Debtor(s).                             Honorable Manuel Barbosa

### RESPONSE TO TRUSTEE'S NOTICE OF PAYMENT OF FINAL MORTGAGE CURE AMOUNT UNDER PARAGRAPH (B)(2)(b) OF PLAN

NOW COMES PNC Mortgage, a division of PNC Bank, National Association as successor by merger to National City Mortgage, a division of National City Bank (hereinafter "PNC Mortgage"), by and through its attorneys, Heavner, Scott, Beyers and Mihlar, LLC, and for its Response to Trustee's Notice of Payment of Final Mortgage Cure Amount Under Paragraph (B)(2)(b), states as follows:

   1. On or about May 13, 2009, PNC Mortgage filed its Proof of Claim as Claim Number 2 for a sum of $2,512.22 in pre-petition arrears.

   2. The Debtors' Modified Chapter 13 Plan filed on September 23, 2009 and confirmed on October 2, 2009 set-forth a pre-petition arrearage amount owed to PNC Mortgage $2,512.22.

   3. PNC's pre-petition arrears of $2,512.22 were paid by the Chapter 13 Trustee in full.

   4. The Debtors' post-petition payments to PNC were to be paid by the Debtors directly "outside" of the plan.

   5. The Debtors are currently due for seven mortgage payments for the monthly payments due January 2010 through July 2010 in the amount of $2,519.16 per month and seven late charges in the amount of $98.64 per month; Less funds in the amount of $184.76 in Debtors' suspense account for a total default $18,139.84 as of July 12, 2010.

-2-

WHEREFORE, PNC Mortgage, a division of PNC Bank, National Association prays that the Court declare that the post-petition payments are not current at this time.

                                                PNC MORTGAGE, a division of PNC
                                                Bank, National Association

                                                By: _____
                                                                  One of its attorneys

HEAVNER, SCOTT, BEYERS & MIHLAR, LLC
Attorneys at Law
Faiq Mihlar (ARDC #6274089)
Heather M. Giannino (ARDC #6299848)
111 East Main Street, Suite #200
Post Office Box 740
Decatur, Illinois 62525-0740
(217) 422-1719